UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL T. SHANNON, JOHN MICHAEL           Index. No. 5:97-MC-157(FJS)(DNH)
WURTS, DAVID HOYT and JOHN SIDDALL,

        Plaintiffs/Judgment Creditors,

        -against-                                    SATISFACTION
                                                                OF JUDGMENT

DONALD J. DRUM,

        Defendant/Judgment Debtor.
------------------------------------------------------------------X

        WHEREAS, in an action in the United States District Court, Northern District of New York, among Michael T. Shannon, John Michael Wurts, David Hoyt and John Siddall, as Plaintiffs/Judgment Creditors and Donald J. Drum as Defendant/Judgment Debtor, who are all parties named in said action, a judgment was entered, docketed and transcripted on October 24, 1997 in favor of each of Michael T. Shannon, John Michael Wurts, David Hoyt and John Siddall, judgment creditors and against Donald J. Drum, judgment debtor, in the amount of $969,800.00, and said judgment has been paid;

        AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York,

        THEREFORE, satisfaction of said judgment is hereby acknowledged, and the said Clerk is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: December 20, 2002
       New York, New York

                                    HARRIS BEACH, LLP
                                    Attorneys for Plaintiffs/Judgement Creditors,
                                    Michael T. Shannon, John Michael Wurts, David Hoyt and
                                    John Siddall

                                    By: _____
                                        James E. Sparkes, Esq.
                                  One Park Place, 300 South State Street, Suite 400
                                  Syracuse, New York 13202
                                  (315) 423-7100

STATE OF NEW YORK, COUNTY OF ONONDAGA ss.:

        On the 2nd day of ~~December, 2002~~ January 2003, before me personally came James E. Sparkes personally known to me and to me known to be a member of the firm of Harris Beach, LLP and to me known to be the person described in and who executed the foregoing satisfaction of judgment in the firm name of Harris Beach, LLP and he acknowledged that he executed same as the act and deed of said firm for the uses and purposes therein mentioned.

                                              _____
                                              Notary Public

KAREN Y. DONOHOE
Notary Public, State of New York
Qualified in Onon. Co. No. 4936914
My Commission Expires July 5, 2006